**Dismiss and Opinion Filed July 25, 2013**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00131-CV**

**JOHNNY RICH, Appellant**
**V.**
**GLENBROOK PLACE APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00208-E**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated June 13, 2013, we informed appellant that the County Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).

<table>
<tr><td>130131F.P05</td><td>/Carolyn Wright/<br>CAROLYN WRIGHT<br>CHIEF JUSTICE</td></tr>
</table>



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHNNY RICH, Appellant

No. 05-13-00131-CV      V.

GLENBROOK PLACE APARTMENTS,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-00208-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

      In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

      It is **ORDERED** that appellee GLENBROOK PLACE APARTMENTS recover its costs of this appeal from appellant JOHNNY RICH.

Judgment entered July 25, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE